**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* ______ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — **540 Willoughby Avenue, LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — **74-3294837**

**4. Debtor's address**

**Principal place of business**

**123 Church Avenue**
**Brooklyn, NY 11218**
Number, Street, City, State & ZIP Code

**Kings**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**7218 Avenue M Brooklyn, NY 11234**
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ______

Debtor **540 Willoughby Avenue, LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

Debtor **540 Willoughby Avenue, LLC** Case number (*if known*) ______
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

■ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **540 Willoughby Avenue, LLC** Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 5, 2018**
MM / DD / YYYY

*X* **/s/ Rahim Siunykalimi / Danny Siony**
Signature of authorized representative of debtor

**Rahim Siunykalimi / Danny Siony**
Printed name

Title **President / Owner**

**18. Signature of attorney**

*X* **/s/ Ira R. Abel**
Signature of attorney for debtor

Date **June 5, 2018**
MM / DD / YYYY

**Ira R. Abel**
Printed name

**Law Office of Ira R. Abel**
Firm name

**305 Broadway**
**14th Floor**
**New York, NY 10007**
Number, Street, City, State & ZIP Code

Contact phone **212.799.4672** Email address **iraabel@verizon.net**

**1792373 NY**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **540 Willoughby Avenue, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bank of New York Mellon as Trustee c/o Leopold & Associates 80 Business Park Dr S 110 Armonk, NY 10504 | | 7218 Avenue M, Brooklyn, NY 11234, Block 8362, Lot 47 | Contingent Unliquidated Disputed | Unknown | Unknown | Unknown |
| Church Avenue Realty LLC c/o Sue Zouky, Sec of Sta 1 Commerce Pl 99 Washington Avenue Albany, NY 12231 | | | Contingent Unliquidated Disputed | | | $0.00 |
| CountryWide Mortgage c/o CT Corp. 111 Eighth Ave New York, NY 10011 | | | Contingent Unliquidated Disputed | | | $0.00 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | Contingent Unliquidated Disputed | | | $0.00 |
| NYC Department of Finance 345 Adams Street, 3rd FL Attn: Legal Affairs Divis Brooklyn, NY 11201-3719 | | | Contingent Unliquidated Disputed | | | $0.00 |
| NYC Dept. Housing Preserv 100 Gold St, 3rd Fl New York, NY 10030 | | | Contingent Unliquidated Disputed | | | $0.00 |



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **540 Willoughby Avenue, LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NYC Environmental<br>59-17 Junction Blvd<br>East Elmhurst, NY 11369** | | | **Contingent<br>Unliquidated<br>Disputed** | | | **$0.00** |
| **NYS Dept. Of Taxation & F<br>Bankruptcy Unit - TCD<br>Building 8, Room 455<br>W.A. Harriman State Campu<br>Albany, NY 12227** | | | **Contingent<br>Unliquidated<br>Disputed** | | | **$0.00** |
| **NYS Dept. of Taxation & F<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205** | | | **Contingent<br>Unliquidated<br>Disputed** | | | **$0.00** |
| **Ramapo Realty LLC<br>C/O Beys Liston & Mobargh<br>825 Third Avenue<br>2nd Floor<br>New York, NY 10022** | | | **Contingent<br>Unliquidated<br>Disputed** | | | **$0.00** |
| **U.S. Department of HHS<br>Office of General Counsel<br>26 Federal Plaza, Room 39<br>New York, NY 10278** | | | **Contingent<br>Unliquidated<br>Disputed** | | | **$0.00** |
| **U.S. Department of HUD<br>Office of Regional Counse<br>26 Federal Plaza, Room 35<br>New York, NY 10278** | | | **Contingent<br>Unliquidated<br>Disputed** | | | **$0.00** |
| **U.S. Environmental Protec<br>Office of the Regional Co<br>Attn Douglas Fischer,Esq.<br>New York, NY 10007-1866** | | | **Contingent<br>Unliquidated<br>Disputed** | | | **$0.00** |



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **540 Willoughby Avenue, LLC** Case number *(if known)*
Name

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **United States Attorney Attention: Bonni Perlin, Bankruptcy Coordinator Civil Division, Bankr Pro Brooklyn, NY 11201-1820** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Bank of New York Mellon
as Trustee
c/o Leopold & Associates
80 Business Park Dr S 110
Armonk, NY 10504

Church Avenue Realty LLC
c/o Sue Zouky, Sec of Sta
1 Commerce Pl
99 Washington Avenue
Albany, NY 12231

CountryWide Mortgage
c/o CT Corp.
111 Eighth Ave
New York, NY 10011

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

NYC Department of Finance
345 Adams Street, 3rd FL
Attn: Legal Affairs Divis
Brooklyn, NY 11201-3719

NYC Dept. Housing Preserv
100 Gold St, 3rd Fl
New York, NY 10030

NYC Environmental
59-17 Junction Blvd
East Elmhurst, NY 11369

NYS Dept. Of Taxation & F
Bankruptcy Unit - TCD
Building 8, Room 455
W.A. Harriman State Campu
Albany, NY 12227

NYS Dept. of Taxation & F
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205

Ramapo Realtry LLC
C/O Beys Liston & Mobargh
825 Third Avenue
2nd Floor
New York, NY 10022

U.S. Department of HHS
Office of General Counsel
26 Federal Plaza, Room 39
New York, NY 10278

U.S. Department of HUD
Office of Regional Counse
26 Federal Plaza, Room 35
New York, NY 10278

U.S. Environmental Protec
Office of the Regional Co
Attn Douglas Fischer,Esq.
New York, NY 10007-1866

United States Attorney
Attention: Bonni Perlin,
Bankruptcy Coordinator
Civil Division, Bankr Pro
Brooklyn, NY 11201-1820

# United States Bankruptcy Court
## Eastern District of New York

In re **540 Willoughby Avenue, LLC** Debtor(s)

Case No.
Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **540 Willoughby Avenue, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 5, 2018**
Date

**/s/ Ira R. Abel**
**Ira R. Abel**
Signature of Attorney or Litigant
Counsel for **540 Willoughby Avenue, LLC**

**Law Office of Ira R. Abel**
**305 Broadway**
**14th Floor**
**New York, NY 10007**
**212.799.4672 Fax:n/a**
**iraabel@verizon.net**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy